IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LATEEFAH JOHNSON | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DAWN CHAMBERLAIN, et al. | : | No. 07-3137 |

## **O R D E R**

AND NOW, this 19th day of August 2010, upon careful consideration of the petition for a writ of habeas corpus, the responses and reply thereto (Doc. Nos. 1, 7, 14, 34), it is hereby ORDERED that for the reasons set forth above, the petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

IT IS FURTHER ORDERED that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because Petitioner has failed to make a substantial showing of a denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

      S/Lowell A. Reed, Jr.
      LOWELL A. REED, JR., Sr. J.